### M. T. v. J. T.

June 15, 1976. Petition for certification denied. (See 140 *N. J. Super.* 177)

### STATE OF NEW JERSEY v. PAUL SANDS.

June 15, 1976. Petition for certification granted. (See 138 *N. J. Super.* 103)

### TOMS RIVER AFFILIATES v.
### NEW JERSEY DEPT. OF ENVIRONMENTAL PROTECTION.

June 15, 1976. Petition for certification denied. (See 140 *N. J. Super.* 135)

### STATE OF NEW JERSEY v. JAMES R. BROCKINGTON.

June 15, 1976. Petition for certification denied. (See 140 *N. J. Super.* 422)

### TWP. OF LITTLE FALLS v.
### PASSAIC COUNTY BOARD OF TAXATION.

June 15, 1976. Petition for certification denied. (See 139 *N. J. Super.* 170)